```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 24259
   LAURIAN A POWELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4547


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/26/2007 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY   NOT FILED           .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC       .00           .00           .00
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER NOT FILED           .00           .00
CAPTIAL ONE FINANCE        NOTICE ONLY   NOT FILED           .00           .00
ILLINOIS TITLE LOANS       SECURED VEHIC   2716.86           .00        465.00
WELLS FARGO BANK NA        CURRENT MORTG   5362.17           .00       5362.17
WELLS FARGO BANK NA        MORTGAGE ARRE       .00           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        659.17           .00           .00
IRS TAX DIVISION           NOTICE ONLY   NOT FILED           .00           .00
INTERNAL REV SVC           NOTICE ONLY   NOT FILED           .00           .00
US ATTORNEYS OFFICE        NOTICE ONLY   NOT FILED           .00           .00
CHARTER ONE BANK           UNSEC W/INTER NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    418.73           .00           .00
PREMIER BANKCARD           UNSEC W/INTER    343.27           .00           .00
IL DEPT OF EMPLOYMENT SE   UNSEC W/INTER   2501.56           .00           .00
INPHONIC                   UNSEC W/INTER NOT FILED           .00           .00
PAY DAY LOANS              UNSEC W/INTER    426.18           .00           .00
T MOBILE                   UNSEC W/INTER    742.55           .00           .00
T MOBILE                   NOTICE ONLY   NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER     28.84           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY        423.96           .00           .00
TIMOTHY K LIOU             DEBTOR ATTY    2,143.20                      464.00
TOM VAUGHN                 TRUSTEE                                      539.83
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  6,831.00

PRIORITY                                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24259 LAURIAN A POWELL
```

```
SECURED                                                    5,827.17
UNSECURED                                                       .00
ADMINISTRATIVE                                               464.00
TRUSTEE COMPENSATION                                         539.83
DEBTOR REFUND                                                   .00
                                   ---------------   ---------------
TOTALS                                    6,831.00          6,831.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 24259 LAURIAN A POWELL